UNITED STATES DISTRICT COURT  FILED

DISTRICT OF CONNECTICUT  2007 DEC 28 P 12: 29

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | Criminal No. 3:06CR233 (AHN) |
| ALEKSANDER DUBOGRYZOV | |

## ORDER

It is hereby ORDERED AND ADJUDGED that the Court Dismiss the Forfeiture Allegations with respect to the property located at 97 Lagare Street, Palm Coast, Florida, owned by the defendant Aleksander Dubogryzov and listed in the forfeiture allegation section of the Indictment.

SO ORDERED this 27 day of Dec, 2007 at Bridgeport, Connecticut.

/S/
HONORABLE ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE